UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IRVIN DURAN,                    )
    Plaintiff,                 )
                             )
v.                             )     C.A. No. 07-11343-MLW
                             )     (Lead Case)
DEVAL PATRICK, et al.,         )
    Defendants.                )
                             )
and                            )
                             )
IRVIN J. DURAN,                )
    Plaintiff,                 )
                             )
    v.                         )     C.A. No. 07-12356-MLW
                             )
ANDREA CABRAL, et al.,         )
    Defendants.                )

ORDER

WOLF, D.J.                                              June 30, 2010

      The court has received the attached Magistrate Judge's Report
and Recommendation concerning Defendants' Motion for Summary
Judgment on the Issue of Exhaustion of Administrative Remedies.  No
objections to the Report and Recommendation have been filed.

      The court finds the Magistrate Judge's Report and
Recommendation to be thorough, thoughtful, and persuasive.

      Accordingly, it is hereby ORDERED that:

      1.  The attached Report and Recommendation (Docket No. 109) is
ADOPTED and INCORPORATED pursuant to 28 U.S.C. §636(b)(1).

      2.  For the reasons stated in the Report and Recommendation,
Defendants' Motion for Summary Judgment on the Issue of Exhaustion

1

of Administrative Remedies (Docket No. 102) is ALLOWED.

3.   Defendants' Motion for Reconsideration (Docket No. 97) is

MOOT.


                                     /s/ Mark L. Wolf
                              UNITED STATES DISTRICT JUDGE